United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

No. 96-1251

_____

Edward McDowell,                              *
                                             *
            Appellant,                       *
                                             *
      v.                                     *
                                             *   Appeal from the United States
Charlotte Lynn Randall, in her official      *   District Court for the
and individual capacity; State of            *   District of South Dakota.
South Dakota; Joe Class, Warden,             *
South Dakota State Penitentiary;             *      [UNPUBLISHED]
Mark W. Barnett, Attorney General;           *
Ron Miller, Prison Health Services;          *
Kay Wilka, Sioux Valley Hospital,            *
                                             *
            Appellees.                       *

_____

Submitted: May 23, 1997
Filed:   May 29, 1997

_____

Before BOWMAN, WOLLMAN, and BEAM, Circuit Judges.

_____

PER CURIAM.

Edward McDowell appeals from the district court's[1] order dismissing his action under 42 U.S.C. § 1983 as frivolous pursuant to 28 U.S.C. § 1915(d) (now codified at

_____

[1]The Honorable John Bailey Jones, United States District Judge for the District of South Dakota.

28 U.S.C. § 1915(e)(2)). Having reviewed the record and the parties' briefs, we conclude that the district court's judgment was correct, and that an extended discussion is not warranted. Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.